ROSENSTEIN, Respondent, v. COHN, Appellant. (Supreme Court, Appellate Term. May 1, 1900.) Action by Ernest G. Rosenstein against Isaac Cohn for goods sold and for dam-

ages for breach of contract. From a judgment in favor of plaintiff, defendant appeals. Reversed. David E. Grossman, for appellant. Walter T. Rosenstein, for respondent.

PER CURIAM. The complaint, originally for goods sold and delivered, was amended at the trial so as to be for damages through breach of contract. There was no evidence of delivery, and none of any damage. The judgment must therefore be reversed, and a new trial granted, with costs to the appellant to abide the event.

